Núm. 1211.—NIEVES, peticionario, *v.* CORTE, dmdada.—■■■■■ Abril 4 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

No apareciendo de la petición que el juez de la corte inferior haya tenido una oportunidad de pasar sobre los errores que se le imputan, se deniega la expedición del auto.